No. 607. STATE OF MISSOURI ON THE RELATION OF THE AMERICAN MANUFACTURING COMPANY, PLAINTIFF IN ERROR, *v.* GEORGE D. REYNOLDS, ALBERT D. NORTONI, AND WILLIAM H. ALLEN, JUDGES OF THE ST. LOUIS COURT OF APPEALS, AND LOUIS ALT. In error to the Supreme Court of the State of Missouri. Submitted January 2, 1918. Decided January 7, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of

§ 237, Judicial Code, as amended by the Act of Congress of September 6, 1916, c. 448, 39 Stat. 726; *Prairie Oil & Gas Co.* v. *Carter*, 244 U. S. 646; *Midland Valley R. R. Co.* v. *Griffith, ante,* 633. (Petition for a writ of certiorari denied October 15, 1917, *infra,* 650.) *Mr. Shepard Barclay* for plaintiff in error. *Mr. E. C. Slevin* for defendants in error.